# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BABA CONTE,** : | **CIVIL ACTION NO. 1:08-CV-0326** |
| **Petitioner** : | **(Judge Conner)** |
| v. : | |
| **JANINE DONATE, et al.,** : | |
| **Respondents** : | |

## ORDER

AND NOW, this 22nd day of December, 2008, upon consideration of petitioner's motion for reconsideration (Doc. 10) of this court's order (Doc. 9) directing the Bureau of Immigration and Customs Enforcement ("ICE") to treat his petition for writ of habeas corpus as a request for release from custody under 8 C.F.R. §§ 241.4, 241.13, and it having been confirmed *via* telephonic communication with ICE that petitioner was released from custody on November 25, 2008, and is currently under supervision, it is hereby ORDERED that the motion (Doc. 10) is DENIED as moot.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge